In the Matter of SAMUEL SILVERMAN et al., Appellants. R. HOE & CO., INC., Respondent.

Submitted February 24, 1953; decided March 6, 1953.

Motion for reargument or, in the alternative, to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 13.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* JOHN P. ROLLEK, Respondent and Appellant, et al. Defendants.

Submitted February 24, 1953; decided March 6, 1953.

Motion for reargument and for a stay denied. [See 304 N. Y. 905.]